UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FATE MUSIC, EMI APRIL MUSIC, INC., PURPLE RABBIT MUSIC, EMI VIRGIN MUSIC, INC., BROCKMAN MUSIC, BRENDA RICHIE PUBLISHING, CORD KAYLA MUSIC, HEE BEE DOINIT MUSIC, NIGHT KITCHEN MUSIC, WB MUSIC CORP., WOCKA WOCKA MUSIC, SONY/ATV TUNES LLC, RODSONGS, ALMO MUSIC CORPORATION, and ZOMBA ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUN MEDIA, INC. and SAMUEL K STRATEMEYER, <br><br> Defendants. | Case No. 07-cv-804-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Notice of Dismissal (Doc. 9) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by the plaintiffs. Rule 41(a)(1)(A)(i) allows dismissal of an action by a plaintiff without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs. The defendants have not filed an answer or motion for summary judgment in this case. Because the plaintiffs have an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED with prejudice** and without costs and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: June 10, 2008**

                                                      s/J. Phil Gilbert
                                                    **J. PHIL GILBERT**
                                                    **DISTRICT JUDGE**