UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FATE MUSIC, EMI APRIL MUSIC, INC., PURPLE RABBIT MUSIC, EMI VIRGIN MUSIC, INC., BROCKMAN MUSIC, BRENDA RICHIE PUBLISHING, CORD KAYLA MUSIC, HEE BEE DOINIT MUSIC, NIGHT KITCHEN MUSIC, WB MUSIC CORP., WOCKA WOCKA MUSIC, SONY/ATV TUNES LLC, RODSONGS, ALMO MUSIC CORPORATION, and ZOMBA ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUN MEDIA, INC. and SAMUEL K STRATEMEYER, <br><br> Defendants. | Case No. 07-cv-804-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiffs having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI, CLERK**

**Dated: June 10, 2008**        s/Brenda K. Lowe, Deputy Clerk


**Approved:**   /s J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**